Mathew K. Higbee, Esq., SBN 11158
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8352
(714) 597-6729 facsimile
Email: mhigbee@higbeeassociates.com

Alyson Dykes, Esq. ( *Pro Hac Vice Pending)*
LAW OFFICE OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 206
Corona, CA 92880
(866) 329-9217
Email: alysond@jlohman.com

Attorneys for Plaintiff,
KATHRYN DURST,

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN DURST, an individual, | Case No. _____ |
| Plaintiff, | |
| v. | **COMPLAINT** |
| | **DEMAND FOR JURY TRIAL** |
| Capital One Bank (USA) N.A., | |
| Defendant. | |

Plaintiff, KATHRYN DURST ("Plaintiff"), through her attorneys, and hereby alleges the following against Defendant, CAPITAL ONE BANK (USA), N.A.("Defendant"):

1

**INTRODUCTION**

1.     Plaintiff brings this action on behalf of herself individually seeking damages and any other available legal or equitable remedies resulting from the illegal actions of Defendant, in negligently, knowingly, and/or willfully contacting Plaintiff on Plaintiffs cellular telephone in violation of the Telephone Consumer Protection Act (hereinafter "TCPA"), 47 U.S.C. § 227 *et seq.*

**JURISDICTION AND VENUE**

2.     Jurisdiction of this Court arises under 28 U.S.C. § 1331 and 47 U.S.C. §227(b)(3). See, Mims v. Arrow Financial Services, LLC, 565 U.S. 368 (2012), holding that federal and state courts have concurrent jurisdiction over private suits arising under the TCPA.

3.     Venue is proper in the United States District Court for the District of Nevada pursuant to 28 U.S.C § 1391(b)(2) because Plaintiff resides within this District and a substantial part of the events or omissions giving rise to the herein claims occurred, or a substantial part of property that is the subject of the action is situated within this District.

**PARTIES**

4.     Plaintiff is a natural person residing in Lyon County, in the city of Silver Springs, Nevada.

5.     Defendant is a nationally chartered bank doing business in the State of Nevada.

6.     At all times relevant to this Complaint, Defendant has acted through its agents, employees, officers, members, directors, heir, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

**FACTUAL ALLEGATIONS**

7.     Defendant placed collection calls to Plaintiff seeking and attempting to collect on alleged debts incurred through purchases made on credit issued by

//

Defendant under the commercial moniker of "Cabela's Club Visa credit card with Capital One."

8.      Defendant placed collection calls to Plaintiffs cellular telephone at phone number (775) 217-94XX.

9.      Defendant placed collection calls to Plaintiff from phone numbers including, but not limited to (877) 338-6191 and (800) 707-1374.

10.     Per its prior business practices, Defendant's calls were placed with an automated telephone dialing system ("auto-dialer").

11.     Defendant used an "automatic telephone dialing system", as defined by 47 U.S.C. § 227(a) (1) to place its telephone calls to Plaintiff seeking to collect a consumer debt allegedly owed by Plaintiff, KATHRYN DURST.

12.     Defendant's calls did not constitute calls for emergency purposes as defined by 47 U.S.C. § 227(b)(1)(A).

13.     Defendant's calls were placed to a telephone number assigned to a cellular telephone service for which Plaintiff incurs a charge for incoming calls pursuant to 47 U.S.C. § 227(b)(1).

14.     Defendant never received Plaintiffs "prior express consent" to receive calls using an automatic telephone dialing system or an artificial or prerecorded voice on her cellular telephone pursuant to 47 U.S.C. § 227(b)(1)(A).

15.     On or about December 20, 2017, the Plaintiff called into Defendant's company at phone number (877) 338-619, spoke with Defendant's representative and requested that Defendant cease calling Plaintiffs cellular phone.

16.     During the conversation on December 20, 2017, Plaintiff gave Defendant both her phone number and social security number to assist Defendant in accessing her account before asking Defendant to stop calling her cell phone.

17.     Plaintiff revoked any consent, explicit, implied, or otherwise, to call her cellular telephone and/or to receive Defendant's calls using an automatic

//

PLAINTIFF'S COMPLAINT FOR DAMAGES

1   telephone dialing system in her conversation with Defendant's representative
2   December 20, 2017.

3       18.   Despite Plaintiff's request to cease, Defendant placed another five (5)
4   collection call to Plaintiff on December 20, 2017.

5       19.   Defendant continued to place collection calls to Plaintiff through
6   December 30,2017.

7       20.   Despite Plaintiffs request that Defendant cease placing automated
8   collection calls, Defendant placed at least one hundred forty-nine (149) automated
9   calls to Plaintiffs cell phone.

10                    **FIRST CAUSE OF ACTION**

11   **NEGLIGENT VIOLATIONS OF THE TELEPHONE CONSUMER**
12                      **PROTECTION ACT**

13                      **(47 U.S.C. § 227)**

14       21. Plaintiff repeats and incorporates by reference into this cause of
15   action  the allegations set forth above at Paragraphs 1-20.

16       22.   The foregoing acts and omissions of Defendant constitute numerous
17   and multiple negligent violations of the TCPA, including but not limited to each
18   and every one of the above cited provisions of 47 U.S.C. § 227 et seq.

19       23.   As a result of Defendant's negligent violations of 47 U.S.C. § 227 et
20   seq., Plaintiff is entitled to an award of $500.00 in statutory damages, for each
21   and every violation, pursuant to 47 U.S.C. §227(b)(3)(B).

22       24.   Plaintiff is also entitled to seek injunctive relief prohibiting such
23   conduct in the future.

24   //
25   //
26   //
27   //
28   //

PLAINTIFF'S COMPLAINT FOR DAMAGES

1

2

3

4

### SECOND CAUSE OF ACTION

### KNOWING AND/OR WILLFUL VIOLATIONS OF THE TELEPHONE CONSUMER

### PROTECTION ACT (47 U.S.C. § 227 *et. seq.*)

5

6

25.   Plaintiff repeats and incorporates by reference into this cause of action the allegations set forth above at Paragraphs 1-20.

7

8

9

10

26.   The foregoing acts and omissions of Defendant constitute numerous and multiple knowing and/or willful violations of the TCPA, including but not limited to each and every one of the above cited provisions of 47 U.S.C. § 227 et seq.

11

12

13

14

27.   As a result of Defendant's knowing and/or willful violations of 47 U.S.C. § 227 et seq., Plaintiff is entitled an award of $1,500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

15

16

28.   Plaintiff is also entitled to seek injunctive relief prohibiting such conduct in the future.

17

### PRAYER FOR RELIEF

18

19

20

WHEREFORE, Plaintiff, KATHRYN DURST, respectfully requests judgment be entered against Defendant, CAPITAL ONE BANK (U.S.A.), N.A., for the following:

21

### FIRST CAUSE OF ACTION

22

23

29.   For statutory damages of $500.00 multiplied by the number of negligent violations of the TCPA alleged herein (149); $74,500.00;

24

25

30.   Actual damages and compensatory damages according to proof at time of trial;

26

### SECOND CAUSE OF ACTION

27

28

31.   For statutory damages of $1,500.00 multiplied by the number of knowing and/or willful violations of TCPA alleged herein (149); $223,500.00;

32.    Actual damages and compensatory damages according to proof at time of trial;

### **ON ALL CAUSES OF ACTION**

33.    Litigation costs and reasonable attorneys' fees;

34.    Any other relief that this Honorable Court deems appropriate.


Dated: June 6, 2018                              Respectfully submitted,


**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Nevada Bar No. 11158
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6729 facsimile
*Counsel for Plaintiff.*


**/s/ Alyson Dykes**
Alyson Dykes, Esq.
*Pro Hac Vice Pending*
LAW OFFICE OF JEFFREY
LOHMAN, P.C.
4740 Green River Rd., Ste 206
Corona, CA 92880
(866) 329-9217
*Counsel for Plaintiff.*

PLAINTIFF'S COMPLAINT FOR DAMAGES

1

## **DEMAND FOR JURY TRIAL**

2

Plaintiff, Kathryn Durst , hereby demands a trial by jury in the above

3

captioned matter.

4

Dated: June 6, 2018                     Respectfully submitted,

5

6

7                                        **/s/ Mathew K. Higbee**
                                         Mathew K. Higbee, Esq.
8                                        Nevada Bar No. 11158
                                         HIGBEE & ASSOCIATES
9                                        1504 Brookhollow Dr., Ste 112
                                         Santa Ana, CA 92705-5418
10                                       (714) 617-8350
                                         (714) 597-6729 facsimile
11                                       *Counsel for Plaintiff.*

12

13                                       **/s/ Alyson Dykes**
                                         Alyson Dykes, Esq.
14                                       *Pro Hac Vice Pending*
                                         LAW OFFICE OF JEFFREY
15                                       LOHMAN, P.C.
                                         4740 Green River Rd., Ste 206
16                                       Corona, CA 92880
17                                       (866) 329-9217
                                         *Counsel for Plaintiff.*
18

19

20

21

22

23

24

25

26

27

28

7

PLAINTIFF'S COMPLAINT FOR DAMAGES