**DICKINSON WRIGHT PLLC**
Taylor Anello
Nevada Bar No. 12881
Email: tanello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorneys for Defendant Capital One Bank (USA) N.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN DURST, an individual, | Case Number: 3:18-cv-00265-LRH-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| Capital One Bank (USA) N.A., | **(FIRST REQUEST)** |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the undersigned, counsel of record for Plaintiff Kathryn Durst ("Plaintiff") and Defendant Capital One Bank (USA), N.A., ("Capital One") (collectively as the "Parties"), that the Parties consent to extend the deadline for Capital One's response to Plaintiff's Complaint ("Complaint"). This is Capital One's first stipulation for an extension of time to file a response to the Complaint filed with this Court. The extension is requested in order to provide Capital One's counsel time to gather information and documentation necessary to adequately analyze the claims set forth in the Complaint.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /



1

The Parties agree that Capital One shall respond to the Complaint on or before August 14, 2018.

Dated this 6th day of August, 2018          Dated this 6th day of August, 2018

By: */s/ Carlos Alsina*
    Mathew K. Higbee, Esq., SBN 11158
    HIGBEE & ASSOCIATES
    1504 Brookhollow Dr., Suite 112
    Santa Ana, CA 92705
    (714) 617-8352

Carlos Alsina, Esq. (*Pro Hac Vice*)
LAW OFFICE OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 206
Corona, CA 92880
(866) 329-9217
*Attorneys for Plaintiff Kathryn Durst*

By: */s/ Taylor Anello*
    Taylor Anello, Esq.
    Nevada Bar No. 12881
    DICKINSON WRIGHT PLLC
    8363 West Sunset Road, Suite 200
    Las Vegas, Nevada 89113-2210
    *Attorneys for Defendant Capital One Bank (USA) N.A.*

IT IS SO ORDERED.

_William G. Cobb_____
UNITED STATES MAGISTRATE JUDGE

DATED this __7th__ day of __August__ 2018.

