Mathew K. Higbee, Esq.
SBN 11158
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8352
*Attorneys for Plaintiff, Kathryn Durst*

Carlos Alsina, Esq.
Admitted *Pro Hac Vice*
**THE LAW OFFICES OF JEFFREY LOHMAN, P.C.**
4740 Green River Rd., Suite 310
Corona, CA 92880
(657) 363-3331
*Attorneys for Plaintiff, Kathryn Durst*

**DICKINSON WRIGHT PLLC**
Taylor Anello
Nevada Bar No. 12881
Email: tanello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorneys for Defendant Capital One Bank (USA) N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kathryn Durst, an individual, | Case Number: 3:18-cv-00265-LRH-WGC |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii), WITH PREJUDICE** |
| vs. | |
| Capital One Bank (USA) N.A., | |
| Defendant. | |

**NOW COME**, Plaintiff, Kathryn Durst, and Defendant, Capital One Bank (USA), N.A., through their respective undersigned attorneys, and respectfully state and pray:

1. On June 6, 2018, Plaintiff filed the complaint in this case (Dkt. 1).

2. On August 14, 2018, Defendant answered the complaint (Dkt. 15).

1

3. Federal Rule of Civil Procedure 41 provides, in relevant part:

(a) Voluntary Dismissal.

(1) *By the Plaintiff.*

(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

   (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

   **(ii) a stipulation of dismissal signed by all parties who have appeared.**

(B) *Effect.* Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal-or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits."

Fed.R.Civ.P. 41, 28 U.S.C. (emphasis added).

4. The parties have settled the instant matter through private agreement.

5. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties respectfully stipulate to the voluntary dismissal of the Complaint, with prejudice.

**WHEREFORE**, the parties respectfully request this Honorable Court to GRANT the instant request for voluntary dismissal of the present case with prejudice.

RESPECTFULLY SUBMITTED on January 10, 2019.

Dated this 10th day of January, 2019.

By: */s/ Mathew K. Higbee*
    Mathew K. Higbee, Esq., SBN 11158
    HIGBEE & ASSOCIATES
    1504 Brookhollow Dr., Suite 112
    Santa Ana, CA 92705
    (714) 617-8352

By: /s/Carlos C. Alsina
    Carlos Alsina, Esq.
    Admitted *Pro Hac Vice*
    THE LAW OFFICES OF JEFFREY LOHMAN, P.C.
    4740 Green River Rd., Suite 310
    Corona, CA 92880
    (657) 363-3331
    *Attorneys for Plaintiff Kathryn Durst*

By: */s/ Taylor Anello*
    Taylor Anello, Esq.
    Nevada Bar No. 12881
    DICKINSON WRIGHT PLLC
    8363 West Sunset Road, Suite 200
    Las Vegas, Nevada 89113-2210
    *Attorneys for Defendant Capital One Bank (USA) N.A.*

IT IS SO ORDERED this 14th day of January, 2019.

_____
ROBERT C. JONES